**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelica Rizik, et al., | No. CV-25-00776-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Jake William Virnig, et al., | |
| Defendants. | |

Plaintiffs move for a one-week extension to the deadline to file an amended complaint due to counsel's planned vacation during a holiday. (Doc. 59.) There is no evidence of bad faith or prejudice which will result from this extension, nor is there evidence of any other reason why defendants or their counsel should have refused this request. *See Ahanchian v. Xenon Pictures, Inc*., 624 F.3d 1253, 1263 (9th Cir. 2010). If similar requests are made in the future, the parties and their counsel should not oppose them absent a valid basis. *See* 28 U.S.C. § 1927 (sanctions available when counsel "unreasonably and vexatiously" multiplies proceedings).

/
/
/
/
/
/

1    **IT IS ORDERED** the Motion for Extension of Time to File Amended Complaint
2    (Doc. 59) is **GRANTED**. Plaintiffs' Amended Complaint shall be filed on or before
3    **January 14, 2025**.
4    Dated this 2nd day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -